1 McGREGOR W. SCOTT
United States Attorney
2 BRIAN W. ENOS
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, Ca 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

6 Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE SANTIAGO SEJA, JR.,<br><br>Defendant. | Case No: 1:19-cr-00243 DAD-BAM<br><br>**STIPULATION TO CONTINUE FEBRUARY 10, 2020 STATUS CONFERENCE TO APRIL 13, 2020; ORDER**<br><br>Ctrm: 8<br><br>Hon. Barbara A. McAuliffe |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Galatea R. DeLapp, counsel for defendant Louie Santiago Seja, Jr. ("defendant"), that this action's **Monday, February 10, 2020 status conference be continued to Monday, April 13, 2020, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically, in January 2020 the government provided defense counsel with 913 pages of discovery. Defense counsel is working through her analysis of these items. Pursuant to directives located within the Adam Walsh Act, this discovery did not include

1

imaged copies of electronic devices (i.e., a cell phone with internal SD card) that contain child pornography.  Once the defense has reviewed discovery provided and is prepared to analyze the contents of these devices, whether through an expert or other member of the defense's legal team, counsel for the government will assist with arranging the logistics of this review at HSI Fresno, likewise in accord with the Adam Walsh Act.  Counsel for the government will also communicate with this action's lead agent to determine the extent there is any supplemental discovery to be provided.

    Counsel for the parties will work to accomplish the above tasks by the requested continuance date of April 13, 2020.  For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court, and any delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and (h)(7)(B)(i) .

    IT IS SO STIPULATED.

(*As authorized 2/4/20*)

Dated: February 4, 2020    By:    /s/ Galatea R. DeLapp
    Galatea R. DeLapp, Esq.
    Attorney for Defendant
    Louie Santiago Seja, Jr.

Dated: February 4, 2020    McGREGOR W. SCOTT
    United States Attorney

    By:    /s/ Brian W. Enos
    Brian W. Enos
    Assistant U.S. Attorney

## **ORDER**

    IT IS SO ORDERED that the 1st Status Conference is continued from February 10, 2020 to April 13, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe.  Time is excluded pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and (h)(7)(B)(i).

IT IS SO ORDERED.

    Dated:  **February 4, 2020**    /s/ Barbara A. McAuliffe
    UNITED STATES MAGISTRATE JUDGE